DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR LOZANO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-10-207 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| VICTOR LOZANO-RODRIGUEZ, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on August 23, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 23, 2010, be continued until September 13, 2010, at 10:00 a.m..  In addition, the parties stipulate that the time period from August 23, 2010, to  September 13, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1  DATED: August 18, 2010

3              Respectfully submitted,

4  BENJAMIN B. WAGNER                    DANIEL BRODERICK
5  United States Attorney                Federal Defender

7   /s/ Lexi Negin for                    /s/ Lexi Negin
   MICHELE BECKWITH                      LEXI NEGIN
8  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Victor Lozano-Rodriguez

10         **IT IS SO ORDERED.**

12  DATED: August 18, 2010

                                         _____
13                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

2