Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864-1359

Attorney for Defendant
VICTOR LOZANO-RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>VICTOR LOZANO-RODRIGUEZ,<br><br>               Defendant. | No. 2:10-CR-0207 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Victor Lozano-Rodriguez, that the previously-scheduled status conference date of January 18, 2011, be vacated and the matter set for status conference on February 22, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 22, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and Order to Continue Status Conference**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  January 13, 2011                                         Respectfully submitted,

                                                               /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
VICTOR LOZANO-RODRIGUEZ

Dated:  January 13, 2011                                         U.S. ATTORNEY'S OFFICE

                                                               By:  /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of January 18, 2011, be vacated and the matter set for status conference on February 22, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  January 13, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**