1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864-1359

4  Attorney for Defendant
   VICTOR LOZANO-RODRIGUEZ
5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,               No. 2:10-CR-00207 FCD

11                  Plaintiff,              **STIPULATION AND ORDER TO
                                            CONTINUE STATUS CONFERENCE,
12       vs.                                AND TO EXCLUDE TIME PURSUANT
                                            TO THE SPEEDY TRIAL ACT**
13 VICTOR LOZANO-RODRIGUEZ,

14                  Defendant.

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff,

18 and Michael E. Hansen, attorney for defendant Victor Lozano-Rodriguez, that the previously-

19 scheduled status conference date of March 24, 2011, be vacated and the matter set for status

20 conference on April 21, 2011.

21     This continuance is requested to allow counsel additional time to review a new

22 proposed plea agreement with the defendant.

23     Accordingly, counsel and the defendant agree that time under the Speedy Trial Act

24 from the date this stipulation is lodged, through April 21, 2011, should be excluded in

25 computing time within which trial must commence under the Speedy Trial Act, pursuant to

26 / / / / /

27 / / / / /

28 / / / / /

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  March 23, 2011                                            Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
VICTOR LOZANO-RODRIGUEZ

Dated:  March 23, 2011                                            U.S. ATTORNEY'S OFFICE

By:  /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of March 24, 2011, be vacated and the matter set for status conference on April 21, 2011 at 10:00 AM.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:   March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE