Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864-1359

Attorney for Defendant
VICTOR LOZANO-RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>VICTOR LOZANO-RODRIGUEZ,<br><br>　　　　　　　　Defendant. | No. 2:10-cr-00207 KJM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Victor Lozano-Rodriguez, that the previously-scheduled status conference date of April 21, 2011, be vacated and the matter set for change of plea on May 5, 2011.

　　　　This continuance is requested because defense counsel is in trial until April 27, 2011.

　　　　Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 5, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: April 18, 2011                                   Respectfully submitted,

                                                        /s/ Michael E. Hansen
                                                        MICHAEL E. HANSEN
                                                        Attorney for Defendant
                                                        VICTOR LOZANO-RODRIGUEZ

Dated: April 18, 2011                                   U.S. ATTORNEY'S OFFICE

                                                        By: /s/ Michael E. Hansen for
                                                        MICHELE BECKWITH
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of April 21, 2011, be vacated and the matter set for change of plea on May 5, 2011.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: April 19, 2011.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE